Monthly Expenses

Date: 5/21/2015

| Income | Monthly Amount | Percent |
|---|---|---|
| Net pay | $1,736 | 100.00% |
| Other | $0 | |
| Total income | $1,736 | 100.00% |

| Fixed Expenses | Monthly Amount | Percent |
|---|---|---|
| Rent or mortgage | $300 | 27.20% |
| Car payments | $332 | 30.10% |
| Telephone | $65 | 5.89% |
| Child support | $265 | 24.03% |
| Car insurance | $141 | 12.78% |
| Other | $0 | |
| Total fixed expenses | $1,103 | 100.00% |

| Variable Expenses | Monthly Amount | Percent |
|---|---|---|
| Food | $150 | 53.57% |
| Clothing/personal hygiene | $50 | 17.86% |
| Gas/maintenance | $80 | 28.57% |
| Other | $0 | |
| Total variable expenses | $280 | 100.00% |

| | | |
|---|---|---|
| Total fixed and variable expenses | | $1,383 |
| Difference between income and expenses | | $353 |